UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                                      Case No. 18-CR-156

DALTON B. FLESSERT,

        Defendant.

## ORDER DENYING MOTIONS FOR SENTENCE REDUCTION

Dalton Brice Flessert was convicted of conspiracy to distribute and possession with intent to distribute methamphetamine and marijuana. The offense, based on the quantities of drugs involved, carried a mandatory minimum sentence of ten years, with a maximum of life. Although the Guideline sentence range was 210 to 262 months, the court imposed a sentence of 114 months, equaling the mandatory minimum, less time that the defendant had been in state custody due to revocation or related sentence.

In any event, the case is before the court on Flessert's motions, Dkt. Nos. 116 and 117, seeking a sentence reduction based upon changes in the U.S. Sentencing Guidelines that became effective on November 1, 2023. As a result of those changes, the defendant would receive a two-point reduction in his criminal history points, thereby placing him in criminal history category III instead of criminal history category IV. Although the Guideline would be reduced, the mandatory minimum sentence would still be applicable. As a result, Flessert's sentence would not change. For this reason, his motions for a reduction must be, and hereby are, denied.

**SO ORDERED** at Green Bay, Wisconsin this <u>14th</u> day of December, 2023.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge