Judge William C. Griesbach
United States District Court
District of Wisconsin

U.S. District Court
Wisconsin Eastern
JUN 11 2025
FILED
Clerk of Court

United States of America
v.
Dalton B Flessert

Crim. Case No. 18-CR-156

## Defendant's 18 USC 3582(c)(2) motion

Comes now, Dalton B Flessert, Defendant Pro-Se, in the above entitled, styled, and numbered action who would now submit this retroactive USSG Section 5H1.1 petition for the following reasons to wit:

1). As the Sentencing Court, this Court has lawful jurisdiction to hear and grant this petition/motion

2). Defendant bring this motion under the retroactive amendment under USSG §5H1.1 dealing with a Defendant's age and mental maturity at the time of the instant offense or prior offenses, and in line with the Commission's statutory duty to establish sentencing policies that reflect "advancement in knowledge of human behavior as it relates to the criminal justice process," 28 USC §991(6)(1)(c) this amendment reflects the evolving science and data surrounding youthful individuals, including recognition of the age crime curve and that cognitive changes lasting into the mid 20s affect individual behavior and culpability. The amendment also reflects expert testimony to the Commission indicating that certain risk factors may contribute to youthful involvement in criminal justice system,

While protective factors, including appropriate interventions, may promote desistance from crime. Accordingly, in an appropriate case, the Court may consider whether a form of punishment other than imprisonment might be sufficient to meet the purpose of sentencing.

3). Defendant who was the age of 20 meets all of the Policy Statement of USSG §5H1.1, due to his environment, adverse childhood experiences, (Defendant was on SSI until 18 years of age for ADHD), substance abuse, lack of educational opportunities, and family relationships. Defendant at age 20 was very susceptible to outside influence, having been caught up in a "honey pot trap" instigated by the Hmong asians. (A honey pot trap is where a female is used to draw in a young susceptible male to break the law on behalf of a group of people). This did occur as the record clearly shows. Defendant is not Asian at all.

4). Defendant has a job, a home, and will abide by all rules and regulations, and only has approx. 2 years of incarceration left. Home Confinement would more than suffice for this youthful defendant and should now be considered by this Court. A modification of sentence should issue in this case, taking in the changes to USSG §5H1.1

(2)

Submitted this 1 day of June, 2025

X /s/ signature

Print name: Dalton B Blessert #

Address: federal correctional institution Petersburg
P.O Box 1,000

Petersburg, VA

23804

(3)