UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 18-CR-156

DALTON B. FLESSERT,

    Defendant.

## ORDER DENYING [124] FOURTH MOTION FOR SENTENCE REDUCTION

Dalton Brice Flessert entered a guilty plea on January 18, 2019, to the crime of conspiracy to distribute and possession with intent to distribute methamphetamine and marijuana. Based upon the quantity of drugs, the offense carried a mandatory minimum ten-year term, with a maximum of life. On May 8, 2019, the Court sentenced Flessert to 114 months imprisonment, the ten-year mandatory minimum less the time he had been in state custody. Flessert has filed three previous motions for reduction, which were all denied. Flessert has now filed a fourth motion for sentence reduction, referencing 18 U.S.C. § 3582(c)(2), indicating that the court should reduce his sentence because he was a youthful offender with adverse childhood experiences. His motion will be denied.

As previously referenced, the sentence imposed by the court was the mandatory minimum required by the statute. The Guidelines had no impact upon Flessert's sentence since the court imposed a sentence far below the Guidelines. The court considered the totality of Flessert's circumstances when he was originally sentenced. For these reasons, as well as those previously stated, Flessert is not entitled to relief and his motion for reduction is, again, denied.

**SO ORDERED** at Green Bay, Wisconsin this  8th  day of August, 2025.

William C. Griesbach
United States District Judge